IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization; OCEANA, INC., a non-profit organization; and TURTLE ISLAND RESTORATION NETWORK, a non-profit organization,<br><br>Plaintiffs,<br>v.<br><br>GARY F. LOCKE, in his official capacity as Secretary of the U.S. Department of Commerce, and the NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | CASE NO. 3:11-cv-1870-JCS<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO ANSWER AND CASE MANAGEMENT CONFERENCE AND STATEMENT** |

Based on the filed request and for good cause appearing therefore, IT IS SO ORDERED that the Case Management Conference is continued until September 2, 2011. Defendants' Answer is due July 29th, 2011.

Dated: 6/16/11



_____
United States Magistrate Judge